RONALD L. HOFFBAUER, 006888
P.O. BOX 10434
PHOENIX, AZ 85064
(602) 277-3776 x205

Attorney for Edward J. Maney,
Chapter 13 Trustee

**FILED**

MAR 2 0 2003

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:                                      )
                                            )   No.  02-15865 PHX GBN
TIMOTHY JAMES NOLAND,                       )   Chapter 13
                                            )
                                            )   ORDER DISMISSING CASE
                                            )   PURSUANT TO 11 U.S.C. §109(e)
             Debtor.                        )
_____)

This matter having come before the Court upon the motion of Edward J. Maney, the standing Chapter 13 Trustee assigned to administer this case (hereafter "Trustee"), pursuant to 11 U.S.C. §109(e) requesting dismissal of the above captioned case because the Debtor's noncontingent, liquidated, secured debts exceed the amounts allowed for eligibility of $871,550, and the Court having considered the motion and arguments of counsel, for good cause appearing, it is

ORDERED dismissing the above captioned case for the reason that the Debtor's secured debts exceed the amounts provided in 11 U.S.C. §109(e) and pursuant to the terms of that section, the Debtor is not eligible to be a Debtor under Chapter 13.

Done in open Court this 20ch day of Mar, 2003.

_____
George B. Nielsen, Judge
U.S. Bankruptcy Court

-1-

```
 1 │ The original lodged and a copy of the
   │ foregoing mailed this ___ day of
 2 │ _____, 2003, to:
 3 │ Allen D. Butler, Esq.
   │ 2342 S. McClintock Drive
 4 │ Tempe, AZ 85282-2674
   │ Attorney for Debtor
 5 │
   │ Timothy J. Noland
 6 │ 2625 N. 25th Street
   │ Mesa, AZ 85213
 7 │ Debtor
 8 │ and a copy hand delivered to:
 9 │ U.S. Trustee
   │ 7th Floor
10 │ 2929 N. Central Avenue
   │ Phoenix, AZ
11 │
   │ by_____
12 │
13 │
...
17 │ c:\ron\pleadings\nolandordertodismiss
```

- 2 -